Monte J. White & Associates, P.C.
Monte J. White
402 Cypress, Suite 310
Abilene, TX 79601
(325)673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-10170-RLJ-13 |
| Arnold Longoria Silva, Jr. | § | |
| and | § | CHAPTER 13 |
| Angelica Maria Silva | § | |
| Debtor(s) | § | |

MOTION FOR MORATORIUM OF MONTHLY PLAN PAYMENTS

NOW COME the Debtors herein, by and through attorney, Monte J. White, pursuant to 11 U.S.C. §1329, and respectfully submit this MOTION FOR MORATORIUM OF MONTHLY PLAN PAYMENTS and state as follows:

1. That the Debtors herein filed a Voluntary Petition under Chapter 13 of Title 11 of the United States Code on 7/8/2013. The Plan was confirmed on 8/29/2013

2. Debtor's VA pay has been significantly reduced for the months of September and October 2013 due to a previous overpayment while Debtor was attending National Guard weekend drills.

3. Debtor(s) has made all plan payments that have come due to date.

4. Debtor(s) requests that the Court suspend plan payments for 2 months (October and November 2013) to allow catch up on monthly living expenses and begin receiving regular pay once again.

5. Debtors propose to make up the missed payments by making additional payments of $42.00 per month for the remaining 56 months of the plan beginning in December 2013. Debtors will make monthly payments of $1,175 plus $42.00 for a total plan payment monthly of $1,217.00 in order to make up the missed payments.

WHEREFORE, PREMISES CONSIDERED, the Debtors pray that the payment schedule be suspended for the following two-month period, October and November 2013 to insure proper success of the plan and that monthly payment resume with December 2013.

Respectfully submitted,

/s/Monte J. White

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the office of the Chapter 13 Trustee was contacted and this office was advised that the Trustee

☑ does not oppose the motion

☐ opposes the motion

/s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on October 9, 2013, on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtor(s)

```
Label Matrix for local noticing            (p)AMERICREDIT                        (p)SNAP ON CREDIT LLC
0539-1                                     PO BOX 183853                         950 TECHNOLOGY WAY
Case 13-10170-rlj13                        ARLINGTON TX 76096-3853               SUITE 301
Northern District of Texas                                                       LIBERTYVILLE IL 60048-5339
Abilene
Wed Oct  9 08:52:37 CDT 2013

United States Trustee                      306 Federal Building                  AT & T
1100 Commerce Street                       1205 Texas Avenue                     Cardmember Service
Room 976                                   Lubbock, TX 79401-4037                PO Box 44167
Dallas, TX 75242-0996                                                            Jacksonville, FL 32231-4167


Abilene Imaging Center LLC                 Abilene Regional Medical Center       Afni
P.O. Box 2937                              PO Box 849776                         Attention: Bankruptcy
Abilene, TX 79604-2937                     Dallas, TX 75284-9776                 1310 Martin Luther King Dr
                                                                                 Bloomington, IL 61701-1465


Am Cred & Col                              Americredit                           Angelica Maria Silva
921 Oak St                                 Po Box 181145                         1029 N.W. 3rd St.
Scranton, PA 18508-1235                    Arlington, TX 76096-1145              Hamlin, TX 79520-2807


Arnold Longoria Silva, Jr.                 Aspermont I.S.D.                      Asset Acceptance LLC
1029 N.W. 3rd St.                          P.O. Box 308                          P.O. Box 2036
Hamlin, TX 79520-2807                      Aspermont, TX 79502-0308              Warren, MI 48090-2036


Asset Recovery Department                  Bac Home Loans Servici                Bank of America, N.A.
P.O. Box 829                               450 American St                       c/o BDFTE, LLP
Springdale, AZ 72765-0829                  Simi Valley, CA 93065-6285            15000 Surveyor Blvd Suite 100
                                                                                 Addison, TX 75001-4417


(c)BANK OF AMERICA, N.A                    Beacon Ins                            Bristol West
MAIL STOP SV-46                            One Beacon Lane                       P.O. Box 7412
400 NATIONAL WAY                           Canton, MA 02021-1030                 Pasadena, CA 91109-7412
SIMI VALLEY CA  93065-6414


(c)CBE GROUP                               Collection                            Collection
131 TOWER PARK DR STE 100                  700 Longwater Dr                      CCS
WATERLOO IA  50701-9374                    Norwell, MA 02061-1796                PO Box 709
                                                                                 Needham, MA 02494-0005


Collection Professiona                     Crd Prt Asso                          Credit One Bank
29 N Connor St                             Attn: Bankruptcy                      Po Box 98875
Sheridan, WY 82801-4306                    PO Box 802068                         Las Vegas, NV 89193-8875
                                           Dallas, TX 75380-2068


Credit Systems Intl In                     Dish Network                          First Premier Bank
1277 Country Club Ln                       Dept. 0063                            601 S Minnesota Ave
Fort Worth, TX 76112-2304                  Palantine, IL 60055-0063              Sioux Falls, SD 57104-4868
```

| | | |
|---|---|---|
| HC Processing Center<br>PO Box 829<br>Springdale, AR 72765-0829 | Hamlin Memorial Hospital<br>PO Box 400<br>Hamlin,, TX 79520-0400 | Hamlin National Bank<br>231 S Central Ave<br>Hamlin, TX 79520-4829 |
| IBC Bank<br>130 East Travis<br>San Antonio, TX 78205-1787 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jefferson Capital Syst<br>16 Mcleland Rd<br>Saint Cloud, MN 56303-2198 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jerry Sheiver<br>Perdue Brandon Fielder Collins & Mott, L<br>6300 La Calma Drive, Suite 450<br>Austin, TX 78752-3834 |
| Jones County Appraisal District<br>Attn: Susan Holloway<br>PO Box 348<br>Anson, TX 79501-0348 | Jones County Appraisal District<br>C/O Laura J. Monroe<br>Perdue, Brandon, Fielder, Collins & Mott<br>PO Box 817<br>Lubbock, TX 79408-0817 | Lamont Hanley & Associ<br>1138 Elm St<br>Manchester, NH 03101-1531 |
| M & C Lumber & Hardware<br>P.O. Box 548<br>Hamlin, TX 79520-0548 | Mer & pro Cr B<br>Po Box 140675<br>Austin, TX 78714-0675 | Mil Star<br>Attention: Bankruptcy<br>PO Box 6250<br>Madison, WI 53716-0250 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | National Credit Adjusters<br>PO Box 3023<br>Hutchinson, KS 67504-3023 | Natl Recover<br>4201 Crums Mill Rd<br>Harrisburg, PA 17112-2893 |
| Penn Foster<br>P.O. Box 1900<br>Scranton, PA 18505-0900 | Perdue, Brandon Fielder, Collins & Mott<br>PO Box 13430<br>Arlington, TX 76094-0430 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696-8208 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 |
| Security Fin<br>Attn: Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Sheridan Memorial Hospital<br>1401 West 5th St.<br>Sheridan, WY 82801-2799 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| SuddenLink<br>P.O. Box 78670<br>Phoenix, AZ 85062-8670 | Talbott Coll<br>1603 Babcock<br>San Antonio, TX 78229-4708 | Tam-spearsdh<br>4115 Medical Drive<br>San Antonio, TX 78229-5657 |

| | | |
|---|---|---|
| Texas Guar Student Loa<br>Po Box 83100<br>Round Rock, TX 78683-3100 | Texas Guaranteed Student Loan Corp<br>POB 83100<br>Round Rock, TX 78683-3100 | VANDA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| WTU Retail Energy<br>P.O. Box 21588<br>Tulsa, OK 74121-1588 | West Central Tx Coll B<br>1007 W Illinois Ave<br>Midland, TX 79701-6155 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 |
| Zenith Acquisition<br>220 John Glenn Dr No. 1<br>Amherst, NY 14228-2246 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | Snap-on Credit LLC<br>950 Technology Way Ste 301<br>Libertyville, IL 60048 | (d)AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, Texas 76096 |
| (d)Americredit Financial Services, Inc.<br>PO Box 183853<br>Arlington TX 76096 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Portfolio Rc<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 |
| (d)Snap-on Credit LLC<br>950 Technology Way<br>Suite 301<br>Libertyville, IL 60048 | Sprint<br>Attn: Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Bank of America, N.A<br>400 Countrywide Way.<br>Mail Stop SV-46<br>Simi Valley, CA 93065 | Cbe Group<br>131 Towe Park Dr Suite 1<br>Waterloo, IA 50702 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

(d)Angelica Maria Silva
1029 N.W. 3rd St.
Hamlin, TX 79520-2807

(d)Arnold Longoria Silva Jr.
1029 N.W. 3rd St.
Hamlin, TX 79520-2807


End of Label Matrix
Mailable recipients    69
Bypassed recipients     3
Total                  72